W. West Allen
Nevada Bar. No. 5566
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
wwa@h2law.com

Ashe Puri *(pro hac vice to be filed)*
MAYNARD COOPER & GALE, LLP
1925 Century Park East, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 596-4344
apuri@maynardcooper.com

Sasha Rao *(pro hac vice pending)*
MAYNARD COOPER & GALE, LLP
Transamerica Pyramid Center
600 Montgomery Street
Suite 2600
San Francisco, CA  94111
Telephone: (415) 646-4702
srao@maynardcooper.com

*Attorneys for Defendant, iPGARD Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HIGH SEC LABS LTD.,<br><br>Plaintiff,<br>v.<br>iPGARD INC.,<br><br>Defendants. | Case No.: 2:20-cv-01797-MMD-BNW<br><br>**STIPULATION AND ORDER FOR 45-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff HIGH SEC LABS LTD. ("Plaintiff") and Defendant iPGARD Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to a 45-day extension of time for Defendant to respond to the Complaint, as follows:

1. Plaintiff commenced this action by filing a Complaint (ECF No. 1) on September 25, 2020.

2. Defendant recently retained defense counsel, Maynard Cooper & Gale, LLC and Howard & Howard Attorneys PLLC, after learning of this lawsuit.  The parties have agreed to stipulate to 45-day extension of time for Defendant to respond to the Complaint to allow Defendant a reasonable time to review Plaintiff's Complaint and prepare a response.  Accordingly, Defendant will have until December 7, 2020 to respond to the Complaint.

1

3.   Defendant agrees that it will not dispute Plaintiff's service of the Complaint in exchange for Plaintiff's agreement to a 45-day extension of time, and that Defendant will respond to the Complaint by December 7, 2020 absent any further extension of time either by agreement of the parties or by motion to the Court.

THEREFORE, Plaintiff and Defendant hereby stipulate and agree that Defendant's time to answer or otherwise respond to Plaintiff's Complaint shall be extended to and include December 7, 2020.

| | |
|---|---|
| DATED: October 21, 2020. | DATED: October 21, 2020. |
| WEIDE & MILLER, LTD. | HOWARD & HOWARD ATTORNEYS PLLC |
| */s/ F. Christopher Austin* | */s/ W. West Allen* |
| F. Christopher Austin, Esq. | W. West Allen, Esq. |
| 10655 Park Run Drive, Suite 100 | 3800 Howard Hughes Pkwy., Suite 1000 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED**

**DATED:** 6:20 pm, October 23, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**