# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HIGH SEC LABS LTD.

        Plaintiff(s),

vs.

IPGARD INC.

        Defendant(s).

Case # 2:20-cv-1797

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Daniel Melman_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Pearl Cohen Zedek Latzer Baratz LLP
(firm name)

with offices at _____1500 Broadway, 12th Fl._____,
(street address)

___New York___, ___New York___, ___10036___,
(city) (state) (zip code)

___(646) 878-0800___, ___dmelman@pearlcohen.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___High Sec Labs Ltd.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>March 13, 2002</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>New York</u> (state) where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| U.S.D.C. for the Southern District of New York | October 21, 2003 | DM-8239 |
| U.S.D.C. for the Eastern District of New York | October 21, 2003 | DM-8239 |
| U.S. Court of Appeals for the Second Circuit | August 31, 2018 | N/A |
| U.S. Court of Appeals for the Federal Circuit | May 6, 2003 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Bar of the State of New York, 2nd Department

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF     New York     )
                          )
COUNTY OF    Nassau       )

_____Daniel Melman_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__26TH__ day of __October__, __2020__.

_____
Notary Public or Clerk of Court

BRETT EVAN COOPER
Notary Public, State of New York
No. 02CO6019627
Qualified in Nassau County
Commission Expires February 11, 2022

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __F. Christopher Austin__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10655 Park Run Drive, Ste. 100_____,
(street address)

___Las Vegas___, ___Nevada___, ___89144___,
(city)          (state)         (zip code)

___(702) 382-4804___, ___caustin@weidemiller.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____F. Christopher Austin_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

High Sec Labs Ltd.
(type or print party name, title)

_____[signature]_____
(party's signature)

Roni Soffer     CEO
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____
Designated Resident Nevada Counsel's signature

6559                    caustin@weidemiller.com
Bar number              Email address

APPROVED:

Dated: this __9th__ day of __November__, 20_20_.

_____[signature]_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Daniel Joseph Melman** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 13th day of March 2002, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on November 02, 2020.



*Aprilanne Agostino*

Clerk of the Court