# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HIGH SEC LABS LTD.,

    Plaintiff(s),

v.

IPGARD INC.,

    Defendant(s).

Case No.: 2:20-cv-01797-MMD-NJK

**ORDER**

[Docket No. 33]

    Pending before the Court is a stipulation seeking a variety of relief premised on a desire for a two-month extension to the deadline to file a discovery plan so that a limited and agreed-upon amendment to the complaint can be effectuated. Docket No. 33 at 2. Electronic service of the amended complaint has also been agreed upon. *Id.* No explanation has been provided to justify the length of the extension.

    The stipulation is hereby **GRANTED** in part and **DENIED** in part. The amended complaint must be filed and served by February 5, 2021. The proposed discovery plan must be filed by March 5, 2021.

    IT IS SO ORDERED.

    Dated: January 29, 2021

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge