W. West Allen
Nevada Bar. No. 5566
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
wwa@h2law.com

Sasha Rao *(pro hac vice)*
MAYNARD COOPER & GALE, LLP
Transamerica Pyramid Center
600 Montgomery Street
Suite 2600
San Francisco, CA  94111
Telephone: (415) 646-4702
srao@maynardcooper.com

Ashe Puri *(pro hac vice)*
MAYNARD COOPER & GALE, LLP
1925 Century Park East, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 596-4344
apuri@maynardcooper.com

*Attorneys for Defendants,*
*iPGARD Inc. and SmartAVI Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HIGH SEC LABS LTD.,<br><br>Plaintiff,<br>v.<br>iPGARD INC. and SMARTAVI INC.,<br><br>Defendants. | Case No.: 2:20-cv-01797-MMD-NJK<br><br>**STIPULATION AND ORDER TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Second Request) |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff HIGH SEC LABS LTD. ("Plaintiff"), Defendant iPGARD Inc. and Defendant SmartAVI Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant iPGARD Inc. to respond to Plaintiff's First Amended Complaint by one week in order to consolidate the time for both Defendants to respond to Plaintiff's Amended Complaint as follows:

1. Plaintiff filed a First Amended Complaint (ECF No. 37) on February 5, 2021.

2. Defendant iPGARD Inc.'s response is presently due on February 19, 2021 (fourteen days from the date of service of the First Amended Complaint).

3. Plaintiff's First Amended Complaint added Defendant SmartAVI Inc. and Defendants' counsel agreed to accept electronic service of process on behalf of SmartAVI.  Consequently,

1

SmartAVI's response is presently due February 26, 2021 (twenty-one days from the date of service of the First Amended Complaint).

THEREFORE, Plaintiff and Defendants hereby stipulate and agree that Defendant iPGARD's time to answer or otherwise respond to Plaintiff's First Amended Complaint shall be extended to and include February 26, 2021, so that both Defendants may file their response to the Amended Complaint simultaneously.

Respectfully submitted,

DATED: February 18, 2021.

WEIDE & MILLER, LTD.

/s/ F. Christopher Austin
F. Christopher Austin, Esq.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144

*Attorneys for Plaintiff*

DATED: February 18, 2021.

HOWARD & HOWARD ATTORNEYS PLLC

/s/ W. West Allen
W. West Allen, Esq.
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge
DATED: February 19, 2021