F. Christopher Austin (Nevada Bar No. 6559)
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Tel: (702) 382-4804
Fax: (702) 382-4805
Email: *caustin@weidemiller.com*

Of Counsel:

Daniel J. Melman (admitted *pro hac vice*)
Guy Yonay (admitted *pro hac vice*)
**PEARL COHEN ZEDEK LATZER BARATZ LLP**
1500 Broadway, 12th Floor
New York, NY 10036
Tel: (646) 878-0800
Fax: (646) 878-0801
Email: *DMelman@pearlcohen.com*
*GYonay@pearlcohen.com*

Attorneys for Plaintiff High Sec Labs Ltd.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HIGH SEC LABS LTD., <br><br> Plaintiff, <br><br> v. <br><br> IPGARD INC., and SMARTAVI INC., <br><br> Defendants. | Case No. 2:20-cv-01797-MMD-NJK <br><br> **[PROPOSED] ORDER ON FEDERAL RULE 502 CLAWBACK AGREEMENT** |

   Plaintiff High Sec Labs Ltd. ("High Sec") and Defendants iPGARD Inc. ("iPGARD") and SmartAVI Inc. ("SmartAVI") (collectively "Defendants"), have agreed, pursuant to Rule 502 of the Federal Rules of Civil Procedure, to the following order regarding claims of privilege asserted after production. The parties, having reached an agreement (hereinafter the "Clawback Agreement"), and good cause appearing therefore, the Court hereby ORDERS as follows:

   1.   For purposes of this Clawback Agreement, an "Inadvertently Produced

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1

Order on Federal Rule 502
Clawback Agreement

Document" is any disclosure of a document, communication, or other information produced to a party in this litigation that could have been withheld, in whole or in part, based on a legitimate claim of attorney-client privilege, work-product protection, or other applicable privilege.

2.   Inclusion of any Inadvertently Produced Document in a production shall not result in any waiver of any privilege or protection associated with such information, nor shall it result in a subject matter waiver of any kind, in either the litigation pending before the court or any other federal or state proceeding.

3.   A producing party may demand the return of any Inadvertently Produced Document, which demand shall be made to the receiving party's counsel in writing and shall contain information sufficient to identify the Inadvertently Produced Document, if possible. If the document is used at a deposition, the producing party may object at the deposition and the party seeking to use the Inadvertently Produced Document shall withdraw the document. However, in the event that any portion of the Inadvertently Produced Document does not contain privileged information, the producing party shall also provide a redacted copy of the Inadvertently Produced Document in accordance before the close of the deposition that omits the information that the producing party believes is subject to a claim of privilege.

4.   If the producing party becomes aware of the Inadvertently Produced Document prior to a deposition, it shall write to the receiving party as discussed in paragraph 3. Within five (5) calendar days of the demand for the Inadvertently Produced Document (or other time mutually agreed by the parties), the producing party shall provide the receiving party with a privilege log for such document that is consistent with the requirements of the Federal Rules of Civil Procedure, setting forth the basis for the claim of privilege for the Inadvertently Produced Document. In the event that any portion of the Inadvertently

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

2

Order on Federal Rule 502
Clawback Agreement

Produced Document does not contain privileged information, the producing party shall also provide a redacted copy of the Inadvertently Produced Document that omits the information that the producing party believes is subject to a claim of privilege.

5. Upon receipt of a written demand for return of an Inadvertently Produced Document, the receiving party shall immediately return the Inadvertently Produced Document (and any copies thereof) to the producing party and shall immediately delete all electronic versions of the document.

6. Subject to Paragraph 5 herein, the receiving party may object to the producing party's designation of an Inadvertently Produced Document by providing written notice of such objection within seven (7) calendar days of its receipt of a written demand for the return of an Inadvertently Produced Document. Any such objection that cannot be resolved by the parties shall be submitted to the Court for resolution after an in camera review of the Inadvertently Produced Document. Pending resolution of the matter by the Court, the parties shall not use any documents that are claimed to be Inadvertently Produced Documents in this litigation.

Dated: March 17, 2021

| WEIDE & MILLER, LTD. | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| /s/ F. Christopher Austin<br>F. Christopher Austin (Nevada Bar No. 6559)<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>Tel: (702) 382-4804<br>Fax: (702) 382-4805<br>Email: caustin@weidemiller.com | /s/ W. West Allen<br>W. West Allen<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel: (702) 257-1483<br>Email: wwa@h2law.com |

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

3

Order on Federal Rule 502
Clawback Agreement

| | |
|---|---|
| **PEARL COHEN ZEDEK LATZER BARATZ LLP** <br> Daniel J. Melman (*pro hac vice*) <br> Guy Yonay (*pro hac vice*) <br> 1500 Broadway, 12th Floor <br> New York, NY 10036 <br> Tel: (646) 878-0800 <br> Fax : (646) 878-0801 <br> Email: GYonay@pearlcohen.com <br>         DMelman@pearlcohen.com <br><br> *Attorneys for Plaintiff*<br>   *High Sec Labs Ltd.* | **MAYNARD COOPER & GALE, LLP** <br><br> Sasha Rao (*pro hac vice*) <br> 600 Montgomery Street, Suite 2600 <br> San Francisco, CA 94111 <br> Tel: (415) 646-4702 <br> Email: srao@maynardcooper.com <br><br> Ashe Puri (*pro hac vice*) <br> 1925 Century Park East, Suite 1700 <br> Los Angeles, CA 90067 <br> Tel: (310) 596-4344 <br> Email: apuri@maynardcooper.com <br><br> *Attorneys for*<br>   *Defendants iPGARD*<br>   *Inc. and SMARTAVI*<br>   *Inc.* |

IS SO ORDERED

Dated:  March 18, 2021

_____
United States Magistrate Judge

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

4

Order on Federal Rule 502
Clawback Agreement