F. Christopher Austin (Nevada Bar No. 6559)
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Tel: (702) 382-4804
Fax: (702) 382-4805
Email: *caustin@weidemiller.com*

Of Counsel:

Daniel J. Melman (*pro hac vice*)
Guy Yonay (*pro hac vice*)
**PEARL COHEN ZEDEK LATZER BARATZ LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (646) 878-0800
Fax: (646) 878-0801
Email: *DMelman@pearlcohen.com*
*GYonay@pearlcohen.com*

*Attorneys for Plaintiff and Counterclaim-Defendant High Sec Labs Ltd.*

W. West Allen (Nevada Bar No. 5566)
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 257-1483
Email: *wwa@h2law.com*

Of Counsel:

Ashe Puri (*pro hac vice*)
**MAYNARD COOPER & GALE, LLP**
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Tel: (310) 596-4344
Email: *apuri@maynardcooper.com*

Sasha Rao (*pro hac vice*)
**MAYNARD COOPER & GALE, LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 2600
San Francisco, California 94111
Tel: (415) 646-4702
Email: *srao@maynardcooper.com*

*Attorneys for Defendants and Counterclaimants iPGARD Inc. and SmartAVI Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HIGH SEC LABS LTD., <br><br> Plaintiff, <br><br> v. <br><br> IPGARD INC. <br> SMARTAVI INC., <br><br> Defendants. | Case No.: 2:20-cv-01797-MMD-NJK <br><br> **NOTICE OF SETTLEMENT AND STIPULATION TO STAY UPCOMING DEADLINES BY 60 DAYS AND ORDER** |

1

1  PLEASE TAKE NOTICE that Plaintiff High Sec Labs Ltd. ("HSL") and Defendants iPGARD Inc. and SmartAVI Inc. ("Defendants") (collectively, the "Parties") have reached an agreement in principle to settle this case.

Accordingly, the parties hereby request that the Court stay all upcoming deadlines by sixty (60) days. In the light of the settlement, the parties agree that Defendants will not be submitting their Markman Response Brief presently due on August 13, 2021 and that Plaintiff will not be submitting its Markman Reply Brief presently due on August 20, 2021. The purpose of the stay is to allow the Parties time to complete their settlement agreement, after which the Parties shall file a joint stipulation to dismiss this case with prejudice or file a joint proposed amended discovery plan and scheduling order.

IT IS SO ORDERED:

_____
HON. MIRANDA M. DU, CHIEF JUDGE

DATED: August 12, 2021

DATED: August 12, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel Melman* | */s/ W. West Allen* |
| Daniel J. Melman (*pro hac vice*)<br>Guy Yonay (*pro hac vice*)<br>**PEARL COHEN ZEDEK LATZER BARATZ LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Tel: (646) 878-0800<br>Fax: (646) 878-0801<br>Email: *DMelman@pearlcohen.com*<br>       *GYonay@pearlcohen.com*<br><br>F. Chris Austin (Nevada Bar No. 6559)<br>**WEIDE & MILLER, LTD.**<br>10655 Park Run Drive, Suite 100<br>Las Vegas, NV 89144<br>Tel: (702) 382-4804<br>Fax: (702) 382-4805<br>Email: *caustin@weidemiller.com*<br><br>*Attorneys for Plaintiff High Sec Labs Ltd.* | Ashe Puri (*pro hac vice*)<br>**MAYNARD COOPER & GALE, LLP**<br>1925 Century Park East, Suite 1700<br>Los Angeles, California 90067<br>Tel: (310) 596-4344<br>Email: *apuri@maynardcooper.com*<br><br>Sasha Rao (*pro hac vice*)<br>**MAYNARD COOPER & GALE, LLP**<br>Transamerica Pyramid Center<br>600 Montgomery Street, Suite 2600<br>San Francisco, California 94111<br>Tel: (415) 646-4702<br>Email: *srao@maynardcooper.com*<br><br>W. West Allen (Nevada Bar No. 5566)<br>**HOWARD & HOWARD ATTORNEYS PLLC**<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br>Tel: (702) 257-1483<br>Email: *wwa@h2law.com*<br><br>*Attorneys for Defendants and Counterclaimants iPGARD Inc. and SmartAVI Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I electronically filed **NOTICE OF SETTLEMENT AND STIPULATION TO STAY UPCOMING DEADLINES BY 60 DAYS AND [PROPOSED] ORDER** using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

DATED:  August 12, 2021         */s. W. West Allen*
                                                                   W. West Allen