F. Christopher Austin (Nevada Bar No. 6559)
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Tel: (702) 382-4804
Fax: (702) 382-4805
Email: caustin@weidemiller.com

Daniel J. Melman (*pro hac vice*)
Guy Yonay (*pro hac vice*)
**PEARL COHEN ZEDEK LATZER BARATZ LLP**
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (646) 878-0800
Fax: (646) 878-0801
Email: DMelman@PearlCohen.com
GYonay@PearlCohen.com

*Attorneys for Plaintiff and Counterclaim-Defendant High Sec Labs Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HIG SEC LABS LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>IPGARD INC.<br>SMARTAVI INC.,<br><br>    Defendants. | Case No.: 2:20-cv-01797-MMD-NJK<br><br>**JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties to this action, by their undersigned counsel, as follows:

1.   That the above-captioned action is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1

2. Neither party shall be entitled to, nor shall seek, an award of costs, disbursements or fees, including attorneys' fees, from the other party with respect to this action.

3. This Stipulation has been made pursuant to the terms of the Settlement Agreement between the parties dated as of October 5, 2021.

4. This Stipulation may be executed in counterparts, and each of the said counterparts shall for all purposes be deemed to be an original and in full force and effect, and all such counterparts shall together constitute one and the same instrument. A signature on this Stipulation transmitted by electronic means shall have the same effect as an original signature.

Dated: October 7, 2021

| | |
|---|---|
| /s/ F. Christopher Austin | /s/ W. West Allen |
| Daniel J. Melman (pro hac vice) | W. West Allen |
| Guy Yonay (pro hac vice) | **HOWARD & HOWARD ATTORNEYS PLLC** |
| **PEARL COHEN ZEDEK LATZER BARATZ LLP** | 3800 Howard Hughes Pkwy., Suite 1000 |
| Times Square Tower | Las Vegas, NV 89169 |
| 7 Times Square | Tel: (702) 257-1483 |
| New York, NY 10036 | Email: wwa@h2law.com |
| Tel: (646) 878-0800 | |
| Fax: (646) 878-0801 | **MAYNARD COOPER & GALE, LLP** |
| Email: DMelman@PearlCohen.com | Sasha Rao (pro hac vice) |
| GYonay@PearlCohen.com | 600 Montgomery Street, Suite 2600 |
| | San Francisco, CA 94111 |
| **WEIDE & MILLER, LTD.** | Tel: (415) 646-4702 |
| F. Christopher Austin (Nevada Bar No. 6559) | Email: srao@maynardcooper.com |
| 10655 Park Run Drive, Suite 100 | Ashe Puri (pro hac vice) |
| Las Vegas, NV 89144 | 1925 Century Park East, Suite 1700 |
| Tel: (702) 382-4804 | Los Angeles, CA 90067 |
| Fax: (702) 382-4805 | Tel: (310) 596-4344 |
| Email: caustin@weidemiller.com | Email: apuri@maynardcooper.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 7, 2021

2